IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL J. MARKIE and
ELLEN RUBY-MARKIE,

        Plaintiffs,

v.

                Civil Action No. 04-2927-Ma V
                JURY DEMANDED

DONALD R. CHASTAIN,

        Defendant.

## ORDER MODIFYING SCHEDULING ORDER

Upon plaintiffs' application for modification of the Joint Scheduling Order entered January 27, 2005, upon defendant's consent thereto, it appearing that the proposed modification will not impact the March 20, 2006 trial setting, and good cause having been shown,

IT IS HEREBY ORDERED that the Scheduling Order entered January 27, 2005 is modified as follows:

| | |
|---|---|
| Deadline for Disclosure of Plaintiffs' Expert Information: | October 14, 2005 |
| Deadline for Disclosure of Defendant's Expert Information: | November 18, 2005 |
| Deadline to complete all discovery including experts' depositions: | December 31, 2005 |
| Dispositive Motion Deadline: | January 20, 2006 |

                                                  DIANE K. VESCOVO
                                                United States Magistrate Judge

Date: August 31, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02927 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT