IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MICHAEL J. MARKIE and
ELLEN RUBY-MARKIE,

    Plaintiffs,

v.                                             Civil Action No. 04-2927-Ma V
                                              JURY DEMANDED

DONALD R. CHASTAIN,

    Defendant.

## ORDER MODIFYING SCHEDULING ORDER

Upon plaintiffs' application for modification of the Joint Scheduling Order entered January 27, 2005, upon defendant's consent thereto, it appearing that the currently proposed modification will not impact the March 20, 2006 trial setting, and good cause having been shown,

IT IS HEREBY ORDERED that the Scheduling Order entered January 27, 2005 is modified as follows:

| | |
|---|---|
| DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION AS TO LIABILITY EXPERTS: | October 14, 2005 |
| DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION AS TO LIABILITY EXPERTS: | November 18, 2005 |
| DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION AS TO DAMAGES EXPERTS: | December 16, 2005 |
| DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION AS TO LIABILITY EXPERTS: | January 13, 2006 |

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-19-05

DEADLINE TO COMPLETE ALL
DISCOVERY INCLUDING EXPERTS'
DEPOSITIONS:                                                                   January 31, 2006

DEADLINE FOR FILING
DISPOSITIVE MOTIONS:                                                      January 31, 2006

In the event plaintiff Michael Markie does not reach maximum medical improvement according to his physicians in time for plaintiffs' damages experts reports to be provided by the December 16, 2005 deadline set forth above, the Court will consider a further motion to extend the deadlines but in that event will also have to continue the March 20, 2006 trial setting.

_____
DIANE K. VESCOVO
United States Magistrate Judge

Date: _____October 14, 2005_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02927 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT