IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV -4 AM 6:41

THOMAS H. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

MICHAEL J. MARKIE, ET AL.,

    Plaintiffs,

V.                                         NO. 04-2927-MaV

DONALD R. CHASTAIN,

    Defendant.

ORDER GRANTING PERMISSION TO FILE REPLY

Before the court is plaintiffs' October 28, 2005, unopposed motion to file a reply in further support of their motion for partial summary judgment. For good cause shown, the motion is granted and plaintiffs may file their reply in the form attached as an exhibit to their motion for permission to file the reply.

It is so ORDERED this 3d day of November, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-7-05

29

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02927 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT