FILED BY _____ D.C.

05 DEC 19 PM 4: 57

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

MICHAEL J. MARKIE and
ELLEN RUBY-MARKIE,

      Plaintiffs,

v.

      Civil Action No. 04-2927-Ma V
      JURY DEMANDED

DONALD R. CHASTAIN,

      Defendant.

## ORDER MODIFYING SCHEDULING ORDER

Upon plaintiffs' application for modification of the Joint Scheduling Order entered January 27, 2005, and for good cause shown,

IT IS HEREBY ORDERED that counsel promptly confer to determine if they can propose a schedule within which Plaintiffs shall produce their expert's life care plan on or before January 15, 2006, with the remaining deadlines to be adjusted in a manner that retains the current March 20, 2006 trial setting.

      _____
      DIANE K. VESCOVO
      United States Magistrate Judge

Date: December 19, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-21-05_

35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02927 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

John Marshall Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT